In the Matter of the Application of JOHN W. BLOCK, JR., for Payment of Awards, etc., in Proceedings to Open Malbone Street.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WALLACE BEATTY, Individually and as Temporary Administrator, etc., and Another, Appellants, v. JESSE E. READ and Another, Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

FRED BEHRMAN, Appellant, v. NEWTOWN SUPPLY COMPANY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ.

JOHN BLAIN, as Administrator, etc., of CHARLES BLAIN, Deceased, Appellant, v. FREDERICK REISS and Others, Respondents.— Judgments reversed and new trial granted, costs to abide the event. The facts stated in the plaintiff's opening required submission to the jury of the issues both as to the defendants' negligence and the plaintiff's contributory negligence. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

SAMUEL H. BROWN, Respondent, v. FRED BRESLIN, Doing Business under the Name of BOB'S EXPRESS, Appellant.— Judgment and order of the County Court of Westchester county affirming a judgment of a justice of the peace in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.